**DISMISS; Opinion Filed February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01626-CV

**YADA SMITH, Appellant**

**V.**

**BENEFICIAL TEXAS, INC., BNC OF IRVINE, CA, EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, AND BENEFICIAL FINANCIAL, INC., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-9774-E**

## OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated December 5, 2012, the Court informed appellant that the $175 required filing fee was past due. We instructed appellant to pay the filing fee within ten days of the date of the letter and cautioned her that failure to do so would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

As of today's date, the required filing fee has not been paid. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121626F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

YADA SMITH, Appellant

No. 05-12-01626-CV          V.

BENEFICIAL TEXAS, INC., BNC OF
IRVINE, CA, EVERETT FINANCIAL,
INC. D/B/A SUPREME LENDING, AND
BENEFICIAL FINANCIAL, INC.,
Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 11-9774-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, BENEFICIAL TEXAS, INC., BNC OF IRVINE, CA, EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, AND BENEFICIAL FINANCIAL, INC., recover their costs of this appeal from appellant, YADA SMITH.

Judgment entered February 28, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

2